# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PIXELTEQ, INC., | : | Civil Action No. _____ |
| | : | |
| Plaintiff, | : | Judge _____ |
| | : | |
| v. | : | |
| | : | **CORPORATE DISCLOSURE** |
| DELTA d/b/a DELTA OPTICAL THIN FILM | : | **STATEMENT IN A CIVIL CASE** |
| NORTH AMERICA | : | |
| | : | |
| Defendant. | : | |
| | : | |

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: <u>Pixelteq, Inc.</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  _X_ YES   __ NO

  If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: <u>Halma plc is the parent company of Pixelteq, Inc.</u>

2. Is there a publicly owned corporation, not a party to the case, which has a financial interest in the outcome?
  _X_ YES   __ NO

  If the answer is Yes, list the identity of such corporation and the nature of the financial interest: <u>Halma plc is the parent company of Pixelteq, Inc.</u>

        Respectfully submitted,

        */s/ Douglas J. Feichtner*
        Joshua A. Lorentz (0074136)
        Douglas J. Feichtner (0075160)
        DINSMORE & SHOHL LLP
        255 East Fifth Street, Suite 1900
        Cincinnati, Ohio 45202
        Telephone: (513) 977-8200
        Facsimile: (513) 977-8141
        Email: joshua.lorentz@dinsmore.com
        Email: doug.feichtner@dinsmore.com

        *Attorneys for Plaintiff*
        *Pixelteq, Inc.*

2428625v1