UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PIXELTEQ, INC.<br>8060 Bryan Dairy Road<br>Largo, Florida 33777,<br><br>      Plaintiff,<br><br>v.<br><br>DELTA d/b/a DELTA OPTICAL THIN FILM<br>NORTH AMERICA<br>105 Chadbourne Drive<br>Hudson, Ohio 44236,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 5:13-cv-1238<br><br>Judge Benita Y. Pearson<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Pixelteq, Inc.'s action is dismissed without prejudice at Plaintiff's costs.

                Respectfully submitted,


                */s/ Douglas J. Feichtner*
                Joshua A. Lorentz (0074136)
                Douglas J. Feichtner (0075160)
                DINSMORE & SHOHL LLP
                255 East Fifth Street, Suite 1900
                Cincinnati, OH   45202
                Telephone: (513) 977-8200
                Facsimile: (513) 977-8141
                Email:  joshua.lorentz@dinsmore.com
                Email:  doug.feichtner@dinsmore.com

                Attorneys for Plaintiff
                Pixelteq, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2013, a copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Douglas J. Feichtner*
                                                Douglas J. Feichtner